1 | Lynn Hubbard, III, SBN 69773
2 | Scottlynn J Hubbard, IV, SBN 212970
**DISABLED ADVOCACY GROUP, APLC**
3 | 12 Williamsburg Lane
Chico, CA 95926
4 | Telephone: (530) 895-3252
Facsimile: (530) 894-8244

5 | Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Byron Chapman,<br><br>      Plaintiff,<br><br>      vs.<br><br>Valero California Retail Company dba Valero Corner Store #3006, *et al.*,<br><br>      Defendant. | Case No. 1:10-cv-00758-LJO-GSA<br><br>**Plaintiff's Request to Continue the Scheduling Conference and Order Thereon**<br><br>Date:   August 5, 2010<br>Time:  9:30 a.m.<br>Ctrm:  10, 6th Floor |

*Chapman v. Valero California Retail Company, et al.,*          Case No. 1:10-cv-00758-LJO-GSA
Plaintiff's Request to Continue the Scheduling Conference
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

1 Plaintiff hereby requests that the date for the Scheduling Conference, currently scheduled for August 5, 2010, be continued to September 8, 2010, or in the alternative, a date convenient for the court. Plaintiff makes this request based on the fact that defendant, Valero California Retail Company dba Valero Corner Store #3006 ("Valero"), was served on July 21, 2010, but has not yet appeared. Defendant Valero's answer to the complaint is due on or before August 11, 2010. Additionally, upon receipt of a letter from counsel for Valero, Plaintiff anticipates voluntarily dismissing the Pierucci defendants. If the Scheduling Conference is continued, it would allow plaintiff and defendant time to properly meet and confer concerning the Joint Scheduling Report by August 20, 2010, and subsequently file the Joint Scheduling Report by September 2, 2010.

Therefore, plaintiff respectively submits that it would be counter productive to file a status report or hold a status conference at this time.

Dated: July 26, 2010            DISABLED ADVOCACY GROUP, APLC


 */s/ Lynn Hubbard III*
LYNN HUBBARD III
Attorney for Plaintiff

**ORDER**

**GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED** that the scheduling conference be continued to September 8, 2010 at 9:30 a.m. with the Joint Scheduling Report to be filed seven (7) days prior to the conference.

Dated: _July 27, 2010            _/s/ GARY S. AUSTIN_____
                                 UNITED STATES MAGISTRATE JUDGE

*Chapman v. Valero California Retail Company, et al.,*            Case No. 1:10-cv-00758-LJO-GSA
Plaintiff's Request to Continue the Scheduling Conference
Page 2

PDF created with pdfFactory trial version www.pdffactory.com