IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | CASE NO. CV F 10-0758 LJO GSA |
| Plaintiff, | **ORDER TO DISMISS DEFENDANT** (Doc. 9.) |
| vs. | |
| VALERO CALIFORNIA RETAIL COMPANY, et al., | |
| Defendants. / | |

Based on the plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES this action without prejudice as to defendant Janet B. Pierucci, trustee of various trusts.

**This Court DIRECTS the clerk NOT to close this action.**

IT IS SO ORDERED.

**Dated:   July 29, 2010**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1