UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN,<br><br>　　　　　Plaintiff,<br>　　vs.<br>CENTRISYS CORP.,<br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 10-0758 LJO GSA<br><br>**ORDER AFTER SETTLEMENT** |

Plaintiff's counsel notified this Court that settlement has been reached.  Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than January 10, 2011,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

This Court VACATES all pending dates and matters, including the December 17, 2010 scheduling conference.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.

IT IS SO ORDERED.

**Dated:    December 8, 2010**　　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE