1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone:  (530) 895-3252
4  Facsimile:  (530) 894-8244

5  Attorneys for Plaintiff

6  GORDON C. YOUNG, SBN 158100
   GARRETT R. WYNNE, SBN 220665
7  KEESAL, YOUNG & LOGAN
   450 Pacific Avenue
8  San Francisco, CA 94133
   Telephone: (415) 398-6000
9  Facsimile: (415) 981-0136

10 Attorneys for Defendant
   VALERO CALIFORNIA RETAIL
11 COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHAPMAN, | Case No. 1:10-cv-00758-LJO-GSA |
| Plaintiff, | |
| v. | STIPULATION FOR DISMISSAL and ORDER THEREON |
| VALERO CALIFORNIA RETAIL COMPANY, et al., | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES:

Plaintiff, BYRON CHAPMAN, and defendant, VALERO CALIFORNIA RETAIL COMPANY, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: December 20, 2010         DISABLED ADVOCACY GROUP, APLC


                                  /s/   Lynn Hubbard III
                                 LYNN HUBBARD III
                                 Attorney for Plaintiff BYRON CHAPMAN


Dated: December 20, 2010         KEESAL, YOUNG & LOGAN


                                  /s/   Garrett R. Wynne
                                 GARRETT R. WYNNE
                                 Attorney for Defendant VALERO CALIFORNIA
                                 RETAIL COMPANY


### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 1:10-cv-00758-LJO-GSA, is hereby dismissed with prejudice. The clerk is directed to close this action.

IT IS SO ORDERED.

**Dated:   December 20, 2010**           /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE